IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSE HERNANDEZ FLORES, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| VS. | § | CIVIL CASE NO. SA-26-CV-4661-FB |
| | § | |
| WARDEN, T. Don Hutto Detention Center; | § | |
| MIGUEL VERGARA, Field Office Director; | § | |
| MARKWAYNE MULLIN, Secretary, U.S. | § | |
| Department of Homeland Security; TODD | § | |
| LYONS, Acting Ice Director, TODD | § | |
| BLANCHE, Acting Attorney General; and | § | |
| DEPARTMENT OF HOMELAND | § | |
| SECURITY, in their Official Capacities, | § | |
| | § | |
| *Respondents*. | § | |

### *ORDER TRANSFERRING CASE TO AUSTIN DIVISION OF THE WESTERN DISTRICT OF TEXAS*

Before the Court is the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1).  Petitioner brought this habeas petition under 28 U.S.C. Section 2241 to challenge his detention at the T. Don Hutto Detention Center, which is located in Taylor, Texas. Taylor is located in Williamson County which is in the Austin Division of the Western District of Texas.[1]  Section 2241 habeas petitions "must be filed in the division that includes the county in which the petitioner is in custody."  W. DIST. OF TEX. L.R. CV-3(b).

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any

---

[1] Local Court Rules for United States District Court for the Western District of Texas, at vii, available at https://www.txwd.uscourts.gov/wpcontent/uploads/2025/09/TXWD%20Local%20Rules%20Full%20Copy%200902 25.pdf.

district or division to which all parties have consented." 28 U.S.C. § 1404(a). The Court finds that for the convenience of the parties and witnesses, and in the interest of justice, this case should be transferred to the Austin Division of the Western District of Texas. *Diaz-Gonzalez v. Bondi*, Case No. SA-26-CA-00151-XR, ECF No. 2 (W.D. Tex. Jan. 14, 2026) (transferring petitioner's Section 2241challenge to detention at T. Don Hutto Detention Center from San Antonio Division to Austin Division).

Accordingly, IT IS HEREBY ORDERED that this case is TRANSFERRED to the United States District Court for the Western District of Texas, Austin Division.[2]

It is so ORDERED.

SIGNED this 25th day of July, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

---

[2] *See Mills v. Beech Aircraft Corp., Inc.*, 886 F.2d 758 (5th Cir. 1989) (decisions to transfer limited to sound discretion of transferring judge and may be made *sua sponte*).